# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2024

## NO. 03-22-00484-CV

**Ronald J. Marchiani, Appellant**

**v.**

**Dale Shadle, Appellee**

---

**APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the final judgment signed by the trial court on May 10, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's final judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.